```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```
_____

| | |
|---|---|
| **NEDRA D. SMITH,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 20-2828-SHL-tmp |
| | ) |
| **BRYCE CORPORATION,** | ) |
| | ) |
|     Defendant. | ) |

_____

### ORDER DIRECTING THE PARTIES TO MEET AND CONFER
### PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16

_____

On November 13, 2020 plaintiff Nedra D. Smith filed a *pro se* complaint against defendant Bryce Corporation ("Bryce"). (ECF No. 1.) On November 16, 2020, the Clerk's office mailed Smith blank summonses and directed her to return a properly completed summons for the defendant. Because plaintiff had not returned a properly completed summons, the court issued an order to show cause on June 2, 2021. (ECF No. 6.). Plaintiff responded to that order and served the summons and complaint. (ECF No. 7 & 10.) Bryce Corporation filed an answer on September 7, 2021. (ECF No. 11.)

In light of the COVID-19 pandemic, and to minimize the need for in-person contact, the court directs the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16, and to submit a joint proposed scheduling order by September 27, 2021. If

the parties cannot agree, they may submit separate proposals for the court's review. The undersigned will then consider the competing proposals and enter a scheduling order.

    IT IS SO ORDERED.

<div style="margin-left:40%">

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

September 9, 2021
Date

</div>